# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| KELLY HANNA and RANDALL YATES, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:10-cv-1641-K |
| v. | § § | |
| CREDITANSWERS, LLC; CREDIT ARBITRATORS, LLC and WILLIAM LOUGHBOROUGH, | § § § § | Jury Demanded |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE AND FOR APPROVAL OF SETTLEMENT

The Parties file this Joint Motion to Dismiss With Prejudice and for Approval of Settlement, and respectfully state as follows:

This is an action for unpaid wages under the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. § 201 *et seq.* Plaintiff asserted he and the current opt-in Plaintiffs were owed unpaid overtime wages based on their work for Defendants and Defendants denied Plaintiffs' allegations. The Parties have reached a resolution of this matter and entered into a confidential Settlement Agreement, which this Court has permitted the Parties to file under seal. (Doc. No. 123). The Parties agree that the Settlement Agreement reflects a fair and reasonable compromise of Plaintiffs' claims. Therefore, the Parties jointly request the Court approve their settlement and dismiss this case with prejudice.

Wherefore, the Parties respectfully request that the Court dismiss the case with prejudice and approve the Settlement.

Respectfully submitted,

*/s/ J. Derek Braziel*
**J. DEREK BRAZIEL**
*Attorney in Charge*
State Bar No. 00793380
**MEREDITH MATHEWS**
Texas Bar No. 24055180
**Lee & Braziel, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, Texas  75202
(214) 749-1400 phone
(214) 749-1010 fax
www.overtimelawyer.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Mary Goodrich Nix*
**Mary Goodrich Nix**
State Bar No. 24002694
**Derek H. Sparks**
State Bar No. 24008063
**GORDON & REES LLP**
2100 Ross Avenue, Suite 2800
Dallas, Texas  75201
Telephone: (214) 231-4660
Facsimile: (214) 461-4053

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2012, a copy of the foregoing document was filed with the court.  Notice of this filing will be sent to counsel of record for all parties in accordance with the Federal Rules of Civil Procedure.

 /s/ *J. Derek Braziel*
**J. DEREK BRAZIEL**